MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, Bar No.11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendant
AD Astra Recovery Services, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NATASHA WEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AD ASTRA RECOVERY SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 2:16-cv-00835-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　　Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant AD Astra Recovery Services, Inc. ("Defendant") and Plaintiff Natasha Wen ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

　　　　Defendant has requested, and Plaintiff has consented to, an extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on April 13, 2016) to June 8, 2016.

　　　　Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

      a.    This is the Parties' second stipulation for an enlargement of time to respond to the Complaint;

      b.    The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended from May 25, 2016 to on or before June 8, 2016; and

      c.    The parties request this extension to give themselves additional time to fully assess the possibility of an early settlement before responding to the Complaint.  This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

HAINES & KRIEGER, LLC

By: /s/ David H. Krieger
   David H. Krieger, Bar No. 9086
   8985 S. Eastern Ave., Suite 350
   Henderson, Nevada 89123

Attorneys for Plaintiff
Natasha Wen

MORRIS LAW GROUP

By: /s/Raleigh C. Thompson
   Ryan M. Lower, Bar No. 9108
   Raleigh C. Thompson, Bar No. 11296
   900 Bank Of America Plaza
   300 South Fourth Street
   Las Vegas, Nevada 89101

Attorneys for Defendant
AD Astra Recovery Services, Inc.

**ORDER**

IT IS SO ORDERED.

DATED: May 26, 2016

_____
United States Magistrate Judge

2