MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, Bar No.11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422

Attorneys for Defendant
AD Astra Recovery Services, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NATASHA WEN, | Case No. 2:16-cv-00835-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO ARBITRATE AND STAY THIS MATTER PENDING COMPLETION OF ARBITRATION** |
| AD ASTRA RECOVERY SERVICES, INC., | |
| Defendant. | |

Pursuant to LR IA 6-2 and LR 7-1, Defendant AD Astra Recovery Services, Inc. ("Defendant") and Plaintiff Natasha Wen ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the parties to this matter agree that the claims by Plaintiff are governed by a valid arbitration agreement;

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

IT IS HEREBY STIPULATED AND AGREED that this matter should be filed in an applicable arbitration venue and that this matter should be stayed pending the completion of arbitration.

IT IS SO STIPULATED.


HAINES & KRIEGER, LLC                    MORRIS LAW GROUP


By: /s/David Krieger                          By: /s/Raleigh Thompson
   David H. Krieger, Bar No. 9086         Ryan M. Lower, Bar No. 9108
   8985 S. Eastern Ave., Suite 350        Raleigh C. Thompson, Bar No. 11296
   Henderson, Nevada 89123               900 Bank Of America Plaza
                                           300 South Fourth Street
                                           Las Vegas, Nevada 89101

Attorney for Plaintiff
Natasha Wen                                Attorneys for Defendant
                                           AD Astra Recovery Services, Inc.

## ORDER

IT IS SO ORDERED.

**IT IS FURTHER ORDERED** that the parties must file a joint status report every 90 days during the pendency of arbitration beginning on September 14, 2016 updating the Court on the status of this matter. Within 30 days of resolution of the arbitration, the parties must file the appropriate dismissal documents.


DATED this   16   of June, 2016.


_____
UNITED STATES DISTRICT JUDGE

MORRIS LAW GROUP • 900 BANK OF AMERICA PLAZA • 300 SOUTH FOURTH STREET • LAS VEGAS, NEVADA 89101
702/474-9400 • FAX 702/474-9422

2