1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, NATASHA WEN*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATASHA WEN, ) | **Case No. 2:16-cv-00835-GMN-NJK** |
|                           ) | |
|            Plaintiff, ) | |
| v.                        ) | **STIPULATION AND ORDER** |
|                           ) | **DISMISSING ACTION WITH** |
| AD Astra Recovery Services, Inc., ) | **PREJUDICE AS TO AD ASTRA** |
|                           ) | **RECOVERY SERVICES, INC.** |
|            Defendants. ) | **ONLY** |

Plaintiff NATASHA WEN and AD Astra Recovery Services, Inc. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…
…
…
…
…
…
…
…
…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, AD Astra Recovery Services, Inc.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:                December 9, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Raleigh C. Thompson, Esq.<br>Raleigh C. Thompson, Esq.<br>Bar No.11296<br>MORRIS LAW GROUP<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant AD Astra Recovery Services, Inc.* |

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED this  13  day of December, 2016.